IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| RICHARD E. RODGERSON | § | |
| v. | § | CIVIL ACTION NO. 6:10cv335 |
| MARSHALL W. WILLIAMS, ET AL. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction (document #16) be denied. The Court therefore adopts the findings and conclusions of Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction (document #16) is **DENIED**.

**SIGNED this 14th day of December, 2010.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE